**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRISTOPHER M. FULLER and**
**NANETTE FULLER,**

        **Plaintiffs,**

**v.**                                              **Case No:**   **6:15-mc-46-Orl-40KRS**

**THOMAS LEWIS CURTIS and**
**FREEDOM EXCHANGE,**

        **Defendants.**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL DEFENDANT, THOMAS LEWIS CURTIS, TO ATTEND SUPPLEMENTAL DEPOSITION IN AID OF EXECUTION (Doc. No. 9)
>
> **FILED:** November 11, 2015
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiffs seek an order compelling Judgment Debtor Thomas Lewis Curtis to attend a deposition in aid of execution on the judgment and to produce documents previously requested at the deposition. They also request this Court to issue a Writ of Bodily Attachment and to award Plaintiffs the attorneys' fees and costs incurred in filing the motion. The motion is not supported by any legal authority supporting the request for issuance of a Writ of Bodily Attachment or an award of attorneys' fees and costs. It also does not contain a certification required by Local Rule 3.01(g).

- 2 -

The motion also raises a concern regarding whether judgment, which was issued by the United States District Court in the Western District of Michigan, was properly filed in this Court. Counsel indicate that the Mr. Curtis resides in Port St. Joe, Florida, which is in the Northern District of Florida. Although counsel for Plaintiffs represents that Mr. Curtis agreed to appear for a deposition in Orlando, counsel for Plaintiffs do not address why that agreement confers on this Court the authority to compel Mr. Curtis to do anything here, or why the Court would have the authority to issue the requested Writ of Bodily Attachment to be served on Mr. Curtis in the Northern District of Florida.

Any renewed motion must address all of these issues with supporting legal authority.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

- 2 -